UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Case Number | 4-15-cv-02193 |
|---|---|---|---|
| THE WIMBLEDON FUND, SPC (CLASS TT) ||||
| *versus* ||||
| DAVID BERGSTEIN, JEROME SWARTZ, AARON GRUNFELD and KIARASH JAM ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Eric J. Bakewell, Esq.<br>Venable LLP<br>2049 Century Park East, Suite 2100<br>Los Angeles, CA  90067<br>310 229-9900<br>CA SBN 241529; NY SBN 4165387; DC SBN 486043<br>US District Court, Central District of California<br>(Federal Bar No. not applicable in California) |
|---|---|
| Seeks to appear for this party: | David Bergstein, Aaron Grunfeld, and Kiarash Jam |
| Dated:    9/24/2015 | Signed: *Eric Bakewell* |

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: | Clerk's signature: |

Order          This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                  United States District Judge