UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Case Number | 4-15-cv-02193 |
|---|---|---|---|

| THE WIMBLEDON FUND, SPC (CLASS TT) |
|---|
| *versus* |
| DAVID BERGSTEIN, JEROME SWARTZ, AARON GRUNFELD and KIARASH JAM |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Alex M. Weingarten, Esq.<br>Venable LLP<br>2049 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>310 229-9900<br>California State Bar No. 204410<br>US District Court, Central District of California<br>(Federal Bar No. not applicable in California) |
|---|---|
| Seeks to appear for this party: | David Bergstein, Aaron Grunfeld, and Kiarash Jam |
| Dated: 9/24/2015 | Signed: |

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____          _____
                                        United States District Judge