IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE WIMBLEDON FUND, SPC (CLASS TT), | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:15-cv-02193 |
| DAVID BERGSTEIN, JEROME SWARTZ, AARON GRUNFELD AND KLARASH JAM, | § § § § | |
| Defendants. | § § | |

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Defendants David Bergstein and Aaron Grunfeld move to substitute G. Jill Basinger, Richard Buckner, and Camilla Y. Chan of Glaser Weil Fink Howard Avchen & Shapiro LLP ("Glaser Weil") as their attorneys of record in this action in place of Alex M. Weingarten and Eric J. Bakewell of Venable LLP. Attorneys at Glaser Weil will file motions to be admitted *pro hac vice* concurrently with this Unopposed Motion to Substitute Counsel.

This substitution will not prejudice Plaintiff The Wimbledon Fund, SPC (Class TT) ("Plaintiff") and will not delay the prosecution of the case.

Plaintiff does not oppose this motion.

1105887.1

Respectfully submitted:

By: _____
Alex M. Weingarten
CA State Bar No. 204410
amweingarten@venable.com
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: 310-229-9900
Fax: 310-229-9901

**WITHDRAWING COUNSEL FOR DEFENDANTS
DAVID BERGSTEIN AND AARON GRUNFELD**

By: _____
G. Jill Basinger
CA State Bar No. 195739
jbasinger@glaserweil.com
GLASER WEIL FINK HOWARD
    AVCHEN & SHAPIRO LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Tel: 310-553-3000
Fax: 310-556-2920

**NEW COUNSEL FOR DEFENDANTS
DAVID BERGSTEIN AND AARON GRUNFELD**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Counsel for Plaintiff, Jim Walker, and Plaintiff is unopposed to the foregoing motion.

/s/ Camilla Y. Chan
Camilla Y. Chan

1105887.1

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of this document was served on the following counsel, via email and facsimile, pursuant to the Federal Rules of Civil Procedure, on this _____ day of December 2015:

James W. Walker, Esq.
Justin S. Levy, Esq.
COLE SCHOTZ P.C.
2515 McKinney Avenue, Suite 1350
Dallas, Texas 75201
jawlker@coleschotz.com
jlevy@coleschotz.com

Leo V. Leyva, Esq.
James T. Kim, Esq.
COLE SCHOTZ P.C.
900 Third Avenue
New York, NY 10022-1906
lleyva@coleschotz.com
jkim@coleschotz.com

Cindy Moulton
MOULTON WILSON & ARNEY, LLP
800 Taft Street
Houston, Texas 77019
cmoulton@moultonwilsonarney.com

                                                                  */s/ Michael E. Richardson*
                                                                  Michael E. Richardson