NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THE WIMBLEDON FUND, SPC (CLASS TT),<br><br>Plaintiff,<br><br>v.<br><br>GRAYBOX, LLC; INTEGRATED ADMINISTRATION; EUGENE SCHER, AS TRUSTEE OF BERGSTEIN TRUST; CASCADE TECHNOLOGIES CORP. and THE LAW OFFICES OF HENRY N. JANNOL,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION AND RELATED THIRD PARTY ACTIONS | CONSOLIDATED CASE NO.: 2:15-CV-6633-CAS(AJWx) & 2:16-cv-02287-CAS(AJWx)<br><br>[**PROPOSED**] **ORDER GRANTING JOINT STIPULATION TO LIFT STAY OF CASE FOR LIMITED PURPOSE OF MODIFYING PRELIMINARY INJUNCTION** |

The Court has reviewed and considered the Joint Stipulation to Lift Stay of Case for Limited Purpose of Modifying Preliminary Injunction (the "Joint Stipulation") filed by and between Plaintiff The Wimbledon Fund SPC (Class TT) (the "Fund"), and Defendants Graybox, LLC and David Bergstein. In light of the

Joint Stipulation, as well as the entire record in this case, the Court has determined that good cause exists to grant the Joint Stipulation. Accordingly,

**IT IS ORDERED THAT:**

1. The Joint Stipulation is APPROVED.

2. The stay of this case, entered by this Court on January 9, 2017 [Dckt. 298], is lifted for the sole and limited purpose of modifying the terms of the preliminary injunction entered by this Court on October 20, 2015 [Dckt. 70] (the "Preliminary Injunction"), to allow Bienert, Miller, & Katzman, PLC ("BMK") to release the amount of $2,412,000 (the "Frozen Funds") to the Fund in furtherance of the parties' settlement of this case.

3. Upon entry of this Order, BMK is directed to pay the Frozen Funds to the Fund pursuant to instructions to be provided by the Fund's undersigned counsel.

4. Upon delivery of the Frozen Funds to the Fund, the Preliminary Injunction shall be dissolved and extinguished, and neither BMK nor any of the Defendants shall have any liability under the Preliminary Injunction. This includes and encompasses not only the Court's October 20, 2015 final order, but all orders entered by the Court related to Plaintiff's motion for preliminary injunction, including but not limited to the Court's orders entered September 29, 2015 [Dckt. 54 & 56].

5. Pursuant to the parties' settlement and the request submitted by defendants Graybox, LLC ("Graybox") and David Bergstein ("Bergstein") and plaintiff The Wimbledon Fund SPC (Class TT), dkt. 310, the Court vacates the August 15, 2017 order to show cause.

6. The stay of this case will otherwise remain in place until the Court otherwise lifts or modifies the stay.

DATE: August 17, 2017

_____
HON. CHRISTINA A. SNYNDER
UNITED STATES DISTRICT JUDGE