# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THE WIMBLEDON FUND, SPC (CLASS TT),<br><br>Plaintiff,<br><br>vs.<br><br>GRAYBOX LLC; INTEGRATED ADMINISTRATION; EUGENE SCHER, AS TRUSTEE OF BERGSTEIN TRUST; CASCADE TECHNOLOGIES CORP. and THE LAW OFFICES OF HENRY N. JANNOL,<br><br>Defendants. | C.D. Cal. Consolidated Case No. 2:15-cv-6633-CAS(SSx)<br><br>JUDGMENT OF PLAINTIFF, THE WIMBLEDON FUND, SPC (CLASS TT) AGAINST DEFENDANTS, KIARASH JAM AND INTEGRATED ADMINISTRATION |
| THE WIMBLEDON FUND, SPC (CLASS TT),<br><br>Plaintiff,<br><br>vs.<br><br>DAVID BERGSTEIN, JEROME SWARTZ, AARON GRUNFELD, and KIARASH K. JAM,<br><br>Defendants. | C/W Case No. 2:16-cv-02287-CAS(SSx) |

/ / /

/ / /

1

The Court, having considered Plaintiff's Motion for Summary Judgment and supporting exhibits [Dkt. No. 408], the opposition filed by Defendant Kiarash Jam and Integrated Administration [Dkt. No. 415], and Plaintiff's response [Dkt. No. 417] and the Defendant Kiarash Jam's Motion for Summary Judgment and supporting exhibits [Dkt. No. 409], the opposition filed by Plaintiff, The Wimbledon Fund [Dkt. No. 413], and Defendant's response [Dkt. No. 420], oral arguments of the parties at the hearing, and after due consideration, the Court hereby grants judgment in favor of Plaintiff, The Wimbledon Fund, SPC (Class TT) as follows:

IT IS HEREBY ORDERED AND DECREED:

1. Plaintiff's Motion for Summary Judgment is GRANTED as set forth in the Court's Civil Minutes [Dkt. No. 426].

2. Defendant Kiarash Jam's Motion for Summary Judgment is DENIED as set forth in the Court's Civil Minutes [Dkt. No. 426].

3. Defendant Kiarash Jam is hereby declared jointly and severally liable, pursuant to Tex. Bus. Orgs. Code Ann. § 21.223 (b), for the contractual obligations owed by Swartz IP Services Group Inc., a/k/a Advisory IP Services Inc. ("SIP") to Wimbledon, which arose out of the Note Purchase Agreement, entered into by Wimbledon and SIP in November 2011.

4. Judgment is awarded in favor of Plaintiff The Wimbledon Fund, SPC (Class TT) and against Defendant Kiarash Jam in the amounts which are due and owing, minus amounts received in partial satisfaction, on the judgment Plaintiff The Wimbledon Fund, SPC (Class TT) obtained against SIP on November 24, 2015 in the Supreme Court of the State of New York, County of New York, Index No. 650446/2013 (the "SIP Judgment"), after Wimbledon sued SIP for breach of contract. The parties have stipulated that this sum equals $17,666,791.61, dkt. 438.

/ / /

5. Judgment is awarded in favor of Plaintiff, The Wimbledon Fund, SPC (Class TT) and against Defendant, Integrated Administration for $2,320,000.00, which amount consists of the fraudulent conveyances that Integrated Administration received from SIP.

Dated: July 18, 2019

_____
THE HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT